**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THE BOEING COMPANY,<br>Petitioner,<br>- against -<br>BRIAN WAMSLEY,<br>Respondent. | MEMO ENDORSED<br><br>Case No. 26-mc-00563 |

**NOTICE OF WITHDRAWAL OF MOTION TO COMPEL AND REQUEST TO CLOSE MISCELLANEOUS ACTION**

Petitioner hereby withdraws its Motion to Compel (ECF No. 1) because the parties to the underlying action have stipulated to (and the court has ordered) dismissal of the underlying action with prejudice. *See* Ex. 1. Because the pending Motion is the sole basis for the miscellaneous action and Respondent has yet to appear or file an opposition, Petitioner respectfully requests that the Court terminate the Motion and direct the Clerk of Court to close this miscellaneous action.

Dated: November 17, 2026

The Clerk of Court is directed to close this case.

**SO ORDERED:**

The Honorable Jeannette A. Vargas
United States District Judge
Dated: November 18, 2026

*/s/ Abbey Elizabeth Quigley*

Abbey Elizabeth Quigley
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone: 212-446-4800
abbey.quigley@kirkland.com

*Counsel for Petitioner, The Boeing Company*